In the Matter of the Transfer Tax upon the Estate of SAMUEL DALSIMER, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; ZETTIE DALSIMER, as Executrix, Respondent.

*Matter of Dalsimer*, 167 App. Div. 365, affirmed.
(Argued January 4, 1916; decided January 18, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 17, 1915, which reversed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Samuel Dalsimer, deceased. The decedent died August 29, 1913, leaving a will under which he devised his entire estate to his wife, the executrix. At the time of his death there were two bank accounts amounting to $5,693.47, in the names of Samuel Dalsimer and Zettie Dalsimer, as joint tenants with the right of survivorship, and also certain stocks and bonds amounting to $292,296.50, in the names of Samuel Dalsimer and Zettie Dalsimer, as joint tenants with the right of survivorship. The surrogate determined that

the bank accounts were not subject to a transfer tax but that the stocks and bonds were. The executrix appealed from so much of the order as assessed the tax, and the order of the surrogate in so far as appealed from was unanimously reversed by the Appellate Division.

*Alexander Otis, Schuyler C. Carlton* and *Lafayette B. Gleason* for appellant.

*Joseph Fischer* and *Louis J. Vorhaus* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.